**Order entered May 11, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01118-CV

## BRIGETTA D'OLIVIO, Appellant

## V.

## HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02704-2020**

### ORDER

Before the Court is appellant's April 28, 2021 letter regarding the clerk's record. We construe the letter as a motion to correct the clerk's record. Appellant states in her motion that she has performed a "cursory review" of the clerk's record and is still in the process of reviewing it. As best we can discern, appellant complains that the clerk's record is missing the following three documents: (1) order signed on December 21, 2020; (2) amended judgment signed on December

31, 2020[1]; and (2) order signed on January 1, 2020.[2] We **GRANT** the motion to the extent that we **ORDER** Collin County Clerk Stacey Kemp to file, by **May 21, 2021**, a supplemental clerk's record containing the three requested documents. If any of the documents do not exist or cannot be located, Ms. Kemp shall provide written verification of such fact.

Should appellant have a further complaint about the clerk's record, she shall file a motion specifically identifying any omission or inaccuracy.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp and all parties.

/s/　　BONNIE LEE GOLDSTEIN
　　　　JUSTICE

---

[1] The clerk's record contains the trial court's Final Judgment and Order on Forcible Entry and Detainer signed on December 31, 2020. It also contains appellee's Corrected Proposed Final Judgment and Order filed on December 18, 2020 with the corrected proposed order attached. The signed judgment in the clerk's record includes the corrections requested in the corrected proposed final judgment.

[2] We note the Case Summary in the clerk's record includes a "Judge's Docket Entry" for this date stating: "Defendant's Motion to Clarify Oral Ruling, Reduce Amount of Supersedeas Bond and Reduce Oral Ruling to Written Order and Motion to Stay Enforcement of Oral Ruling Pending Consideration of Emergency Motion is hereby DENIED IN ALL PARTS."